IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00177-MSK-MJW

CHARLIE JAMES GRIFFIN, JR.,

Plaintiff,

v.

OFFICER GASH,

Defendant.

## ORDER TO SHOW CAUSE
## and
## ORDER RESETTING RULE 16 SCHEDULING/PLANNING CONFERENCE

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

This case is before this court pursuant to an Order of Reference to Magistrate Judge issued by District Judge Marcia S. Krieger on February 8, 2007.  (Docket No. 6).

This action was commenced on January 24, 2007.  (Docket Nos. 1 and 2). Nevertheless, although four months have passed, the plaintiff has not yet filed proof that he has served the defendant.  Rule 4(m) of the Federal Rules of Civil Procedure provides in relevant part:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant and direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period. . . .

Fed. R. Civ. P. 4(m).

Based upon the foregoing, it is hereby

**ORDERED** that on July 9, 2007, at 1:30 p.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado, a Show Cause Hearing will be held at which the plaintiff shall show cause why this case should not be dismissed pursuant to Fed. R. Civ. P. 4(m).  It is further

**ORDERED** that the plaintiff shall forthwith serve the defendant and file with the court proof of such service.  It is further

**ORDERED** that the Rule 16 Planning/Scheduling Conference is reset to July 9, 2007, at 1:30 p.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  The parties shall comply with all of the provisions of this court's Order Setting Scheduling/Planning Conference filed on February 22, 2007 (Docket No. 8).  The parties shall submit their proposed Scheduling Order to the court on or before July 5, 2007.  Plaintiff shall ensure that the defendant is served with a copy of that Order and today's Order.

Dated:   May 24, 2007            s/ Michael J. Watanabe
         Denver, Colorado         Michael J. Watanabe
                                  United States Magistrate Judge