IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00177-MSK-MJW

CHARLIE JAMES GRIFFIN, JR.,

    Plaintiff,

v.

OFFICER GASH,

    Defendant.

---

**ORDER GRANTING MOTION FOR JURY TRIAL**

---

    THIS MATTER comes before the Court on a motion **(#38)** filed by the Plaintiff requesting a trial by jury, to which no response was timely filed. There being no timely opposition,

    **IT IS ORDERED** that the Plaintiff's motion **(#38)** demanding a trial by jury is **GRANTED**.

    Dated this 11th day of June, 2008

                              **BY THE COURT:**

                              Marcia S. Krieger
                              United States District Judge